Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

**No. 59978.**—F. C. Mackay v. United States, protests 160268–K, etc. (Pembina).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59979.**—W. F. Mackay Estate v. United States, protests 160269–K, etc. (Pembina).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59980.**—G. B. Barham Co. and Frank P. Dow Company, Incorporated v. United States, protests 171422–K and 171413–K (Los Angeles).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

**No. 59981.**—F. C. Mackay et al. v. United States, protests 171698–K, etc. (Pembina).